**Charles BAUSLEY, Appellant,**

v.

**Roy BASS, Deputy, Crawford County Detention Center; Kevin Dagan, Deputy, Crawford County Detention Center, Appellees.**

No. 04–2446.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 1, 2004.

Decided Oct. 13, 2004.

Charles Bausley, Little Rock, AR, pro se.

Before MURPHY, FAGG, and SMITH, Circuit Judges.

736

PER CURIAM.

Charles Bausley appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action claiming defendant jail personnel violated his constitutional rights in various ways. Having carefully reviewed the record, we conclude dismissal was proper for the reasons the district court stated. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.